## Kate Webb Johnson v. John F. Clark & Company.

(Decided May 3, 1927.)

Appeal from Fulton Circuit Court.

HESTER & STAHR and J. E. ROBBINS for appellant.

W. J. WEBB for appellee.

OPINION OF THE COURT BY COMMISSIONER SANDIDGE—Affirming in part and reversing in part.

This appeal involves the same facts, as they relate to the principles of law involved, as that of Goalder Johnson v. John F. Clark & Company, 224 Ky. 598, 293 S. W. ——, this day decided, and for the reasons set forth in that opinion the judgment herein is affirmed on the appeal, and reversed on the cross-appeal, and cause remanded for further proceedings consistent herewith.